FILED - SOUTHERN DIVISION
CLERK, U.S DISTRICT COURT

DEC 1 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA CR08-0208-AG-1 |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING |
| Nathan Renteria, | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. of California for alleged violation(s) of the terms and conditions of (his)/her [probation] ([supervised release]); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior supervised release violation, uncertain

1  employment status and discrepancies, prior failures
2  to comply with court orders, lied to probation officer
3  that he had never been to girlfriend's son's school
4  (and)/or

B.  (X)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: instant allegations, failure to register as sex offender, prior violation of supervised release, fact that he volunteered on the campus, prior violation was in part for failure to participate in sex offender treatment

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/10/13

_Jean Rosenbluth_
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE